UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANCY ROBERT ANDREWS, | No. 2:21-cv-0331 CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff is a California prisoner. Before the court is a complaint and motion to proceed in forma pauperis signed and submitted by plaintiff's brother who claims to have power of attorney for plaintiff. However, under Rule 11(a) of the Federal Rules of Civil Procedure "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." In this context, "attorney" means a licensed attorney at law. See In re Foster, No. EC–11–1706–KiDJu, 2012 WL 6554718, *5 (9th Cir. B.A.P. Dec. 14, 2012) (attorney-in-fact, as opposed to an attorney-at-law, is not authorized to sign a complaint or otherwise appear on behalf of a principal).

Furthermore, under Local Rule 183(a) "[a]ny individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including

husband or wife, or any other party on the same side appearing without an attorney."

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice to refiling a motion which complies with the signing provision of Rule 11 of the Federal Rules of Civil Procedure and the provision in Local Rule 183(a) concerning representation within 30 days.

      2. Plaintiff's complaint is dismissed with leave to amend within 30 days.  Any amended complaint must also comply with Rule 11 of Federal Rules of Civil Procedure concerning the signing of pleadings and the provision in Local Rule 183(a) concerning representation.

      3. Failure to comply with this order will result in a recommendation that this action be dismissed.

      4. The request by James Andrews that he be added to the service list for this action (ECF No. 3) is denied.  However, the Clerk of the Court is directed to serve a copy of this order upon James Andrews, P.O. Box 1075, Banning, CA, 92220.

Dated:  April 20, 2021

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1
andr0331.dis